ACCEPTED
01-15-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00845-CV**

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/15/2015 3:54:22 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF
D.L.T., D.L., D.L., T.L., D.W. aka D.T.W., D.W., CHILDREN**

**P.L.W., APPELLANT**

**VS.**

**DEPARTMENT OF FAMILY & PROTECTIVE
SERVICES, APPELLEE**

ON APPEAL FROM
THE 314TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-03436J

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, P.L.W.,

respondent mother, and hereby files this notice of appearance of appellate counsel, and would show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable John F. Phillips, Presiding Judge, 314th District Court of Harris County, Texas, and entered September 21, 2015, Cause No. 2014-03436J, styled "*In the Interest of D.L.T., D.L., D.L., T.L., D.W. aka D.T.W., Children;* In the District Court of Harris County, 314th Judicial District."

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by Tex. R. App. P. 20.1(a)(3). *See Attached.*

WHEREFORE, PREMISES CONSIDERED, P.L.W., Appellant, prays that the Court take notice of her indigent status and that Donald M. Crane has been appointed her appellate counsel.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT P.L.W.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2015, a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel was served in accordance with the TRAP.

1.  Dan-Phi V. Nguyen
    Assistant County Attorney
    1019 Congress Avenue, 15th Floor
    Houston, Texas 77002-1700
    (713) 437-4700 fax

2.  Juliane (Juli) Crow
    P.O. Box 10152
    Houston, Texas 77206
    (713) 422-2389 fax

3.  Gary Polland
    2211 Norfolk, Suite 920
    Houston, Texas 77098
    (713) 622-6334 fax

4.  John R. Millard
    1 Sugar Creek Center Boulevard, Suite 925
    Sugar Land, Texas 77478
    1-888-501-6580 fax

5.  Douglas Ray York
    3355 West Alabama Street, Suite 100
    Houston, Texas 77098-1863
    (713) 586-5585 fax

6.  JB Lee Bobbitt
    1533 West Alabama Street, Suite 100
    Houston, Texas 77006
    (281) 476-7816 fax

7.      Michael Francis Craig
        1533 West Alabama Street, Suite 100
        Houston, Texas 77006
        (713) 526-3787 fax


8.      Julia Rangel, CSR
        Official Court Reporter
        314th District Court
        Houston, Texas 77002
        (000) 000-0000 fax


9.      Stephanie Wells, CSR
        Official Court Reporter
        311th District Court
        Houston, Texas 77002
        (000) 000-0000 fax


                                        **/s/ Donald M. Crane**
                                        Donald M. Crane